## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Criminal No. 17-107(6) (DWF/TNL)

        Plaintiff,

                                        **ORDER GRANTING**
v.                                                              **MOTION TO SEAL**

Gregory Allen Kimmy,
a/k/a Fat P,

        Defendant.


This matter is before the Court upon Defendant's Motion to File Documents Under

Seal (Doc. No. [797]).  The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that Defendant's Motion to File Documents Under

Seal (Doc. No. [797]) is **GRANTED**.  The documents shall remain sealed indefinitely.

Dated:  May 15, 2015                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge