## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-107(6) (DWF/TNL) |
| Plaintiff, | |
| v. | **AMENDED ORDER GRANTING MOTION TO SEAL** |
| Gregory Allen Kimmy, a/k/a Fat P, | |
| Defendant. | |

This matter is before the Court upon Defendant's Motion to File Documents Under Seal (Doc. No. [797]). The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that Defendant's Motion to File Documents Under Seal (Doc. No. [797]) is **GRANTED**. The documents shall remain sealed indefinitely.

Dated: May 16, 2018         s/Donovan W. Frank
               DONOVAN W. FRANK
               United States District Judge