## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-107(6) (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Gregory Allen Kimmy,<br>a/k/a Fat P, | |
| Defendant. | |

This matter is before the Court on the government's Motion for an Extension of Time (Doc. No. [809]) to file their response in opposition to the Defendant's Motion for Modification of Detention Order (Doc. No.[796]). The government has indicated, in its Motion, that Defense does object to the government's request for additional time to file a response.

**IT IS HEREBY ORDERED** that the government's Motion for Extension of Time to File Response in Opposition (Doc. No. [809]) is **GRANTED**. The United States shall file its opposition to Defendant's Motion for Modification of Detention Order on or before June 1, 2018.

Dated: May 24, 2018            s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge